IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON ALBERT BOTTJEN,

    Petitioner,

v.

R. WERLINGER, WARDEN,
FCI-OXFORD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-820-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Jason Albert Bottjen for a writ of habeas corpus under 28 U.S.C. § 2241 because petitioner fails to articulate a valid claim for relief from the execution or calculation of his sentence.

_____       OCT 2 6 2012
Peter Oppeneer, Clerk of Court      _____
                                                                                                 Date